No. 107, Misc. HODGE *v.* CALIFORNIA. On petition for writ of certiorari to the Supreme Court of California. August 29, 1955. Dismissed on motion of petitioner under Rule 60 of the Rules of this Court.

No. 269. LAMBERT'S POINT DOCKS, INC. *v.* KENDALL, ASSISTANT DIRECTOR, OFFICE OF DEFENSE MOBILIZATION. On petition for writ of certiorari to the United States Emergency Court of Appeals. August 30, 1955. Dismissed per stipulation pursuant to Rule 60 of the Rules of this Court. *W. R. Ashburn* for petitioner. *Solicitor General Soboloff* for respondent.

OCTOBER 3, 1955.

No. 15. DERECKTOR *v.* UNITED STATES. Certiorari, 348 U. S. 926, to the Court of Claims. Dismissed per stipulation pursuant to Rule 60 of the Rules of this Court. *Seymour W. Miller* was on the stipulation for petitioner. With him on a brief was *Israel G. Seeger. Solicitor General Soboloff* was on the stipulation for the United States.